UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NAGHAM ABBAWI,<br>　　　　　　　　Plaintiff,<br>v.<br><br>HENRY FORD HEALTH SYSTEMS,<br>　　　　　　　　Defendants.<br>_____/ | Case No. 22-13008<br><br>Denise Page Hood<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

## ORDER GRANTING MOTION TO EXCLUDE LOCAL COUNSEL (ECF No. 38)

Plaintiff filed this matter on December 12, 2022. (ECF No. 1). This case was referred to the undersigned for all pretrial and other matters. (ECF No. 14, 23). A settlement conference was set for July 19, 2024, and a status conference set for August 1, 2024. (ECF Nos. 36, 37). Plaintiff moved for her local counsel, Allison R. Lucas, to be excused from the settlement conference and telephonic status conference. (ECF No. 38). The Court will grant the motion. Plaintiff's local counsel need not appear at the settlement or status conference.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R.

Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: July 15, 2024                               s/Curtis Ivy, Jr.
                                                  Curtis Ivy, Jr.
                                                  United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on July 15, 2024.

                                                  s/Sara Krause
                                                  Case Manager
                                                  (810) 341-7850