UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NAGHAM ABBAWI, | Case No. 22-13008 |
|               Plaintiff, | Denise Page Hood |
| v. | United States District Judge |
| HENRY FORD HEALTH SYSTEMS, | Curtis Ivy, Jr. |
| | United States Magistrate Judge |
|               Defendant. | |
| _____/ | |

# **ORDER**

On November 28, 2023, the District Judge referred all non-dispositive pretrial proceedings to the undersigned. (ECF No. 23). Discovery closed in this matter on August 6, 2025. (ECF No. 53). And the undersigned resolved the last discovery motion on October 10, 2025. (ECF No. 64). With discovery closed, no pending discovery motions, and no timely objections to the October Order, the undersigned entered a *Certification of Completion of Pretrial Proceedings* (ECF No. 80) on November 20, 2025.

After filing this certification, Plaintiff contacted the Court to inform it that Defendant had seemingly not complied with the October Order. After holding a status conference on the matter, the undersigned instructed the parties to confer on any outstanding issues. (ECF No. 81). Ultimately, however, Plaintiff filed an

objection to the Certification of Completion. (ECF No. 83). The undersigned promptly ordered Defendant to respond to Plaintiff's objections by December 12, 2025; as the result of some confusion regarding the pending Rule 56(d) motion, Defendant did not file its brief on Plaintiff's objections until December 17, 2025. (ECF No. 90). The undersigned also scheduled a status conference and hearing on the matter. (ECF Nos. 86, 87).

The day before the hearing, Plaintiff withdrew her objection to the Certificate of Completion, and the Court cancelled the hearing. The December 18, 2025, hearing was the Parties' final opportunity to raise any failure(s) to comply with the October Order, but the Parties have indicated that they have reached a mutual resolution related to those matters. Now, any remaining potential objections would be untimely and any remaining discovery disputes would fall well outside the August 6, 2025, close of discovery.

Accordingly, this matter is **RETURNED** to United States District Judge Denise Page Hood for further proceedings.

**IT IS SO ORDERED**.

Date: December 19, 2025          s/Curtis Ivy, Jr.
                                 Curtis Ivy, Jr.
                                 United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 19, 2025, by electronic means and/or ordinary mail.

                                                  s/Sara Krause
                                                  Case Manager
                                                  (810) 341-7850